**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00391-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANIEL CANTER,

       Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that a status/scheduling hearing regarding Defendant Canter is set **Monday, January 30, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: January 10, 2012