IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No. 11-cr-00391-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL CANTER,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17th day of May, 2012.

BY THE COURT:

_____
Lewis T. Babcock, Judge

_____       _____
Attorney for Government       Attorney for Defense