**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 11-cr-00391-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DANIEL CANTER,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that, pursuant to Defendant's Notice of Disposition (Doc 28 - filed May 17, 2012), a change of plea hearing is set **Monday, June 25, 2012 at 9:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

     The trial preparation conference set **June 14, 2012** and the trial set **June 18, 2012 are VACATED**.

Dated: June 8, 2012