**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: September 6, 2012 |
| Court Reporter: Janet Coppock | Probation: Sergio Garza |

_____

Criminal Action No. 11-cr-00391-LTB     <u>Counsel:</u>

UNITED STATES OF AMERICA,        David Conner

    Plaintiff,

v.

1. DANIEL CANTER,            Edward Harris

    Defendant.

_____

**SENTENCING**
_____

10:03 a.m.    Court in Session.

Defendant is present and in custody.

> Defendant plead guilty to Count 1 of the Indictment on June 25, 2012.

**ORDERED**: Defendant's Motion for Sentencing Variance or in the Alternative a Departure to Probation [Doc. No. 38, Filed August 14, 2012] is GRANTED.

Statements by Mr. Harris, Mr. Conner, and Defendant.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Daniel Canter, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.

1

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of three years.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- (X) The defendant will be required to pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

**ORDERED**: Defendant shall pay a special assessment of $100.00 which is due and payable immediately.

**ORDERED**: No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**: Defendant advised of right to appeal.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:31 a.m.     Court in Recess.     Hearing concluded.          Time:  00:28