IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00391-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DANIEL CANTER,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on September 6, 2012, it is hereby

ORDERED that Defendant Daniel Canter is sentenced to **TIME SERVED.**

Dated: September 6, 2012.

                                    BY THE COURT:

                                    s/ Lewis T. Babcock
                                    LEWIS T. BABCOCK,
                                    UNITED STATES DISTRICT JUDGE